NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RASHAD TAYLOR,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D17-4516
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
                                        )
_____)

Opinion filed September 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


BLACK, SLEET, and LUCAS, JJ., Concur.